UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BEVERLY KENNEDY, KENNEDY
FARMS, LLC and BROOKE
KENNEDY, an individual resident of the
State of Colorado

      Plaintiffs,

v.   Case No: 5:13-cv-61-Oc-22PRL

MICHAEL MCCORMICK, ROBERT
BARBER, LAWRENCE WEXLER and
MICHAEL J. MCCORMICK FARM,
INC.

      Defendants.

## ORDER

On August 29, 2013, the undersigned conducted a hearing on pending discovery motions. This Order confirms the rulings made on the record at the hearing:[1]

    1.   Plaintiff Beverly Kennedy's Motion to Compel Discovery (Doc. 128) is **DENIED without prejudice** to renewal upon a showing that Defendant is in possession of records not otherwise disclosed.

    2.   Plaintiff Beverly Kennedy's Contested Motion for Court Assistance with Deposition Scheduling (Doc. 132) is **DENIED** as **moot.**

    3.   The parties are directed to confer in good faith and file a motion to extend the discovery deadline (and other case deadlines as necessary) on or before **5:00 p.m**. on **September 3, 2013**.

---

[1] The Court recorded the hearing, and that audio recording is the official record of the hearing.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on August 30, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties